IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00737-MSK-MEH

TAMMI CLANCY,

     Plaintiff,

v.

ACADEMY SCHOOL DISTRICT 20,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2011.**

     The Joint Motion for Protective Order [filed July 19, 2011; docket #15] is **granted**. The protective order is accepted and entered contemporaneously with this minute order.